# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARYL L. HUNTER,<br><br>Defendant. | VIOLATION:<br>7354424<br>Location Code: M13<br><br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a total fine amount of $300 ($270 fine and a $30 processing fee) for violation number 7354424. The total fine amount will be paid in full on or before May 11, 2020. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS ALSO ORDERED that the defendant, Daryl L. Hunter, shall not provide any further photography classes or tours of Glacier National Park without a valid Commercial Use Authorization permit.

IT IS FURTHER ORDERED that the initial appearance in the above captioned matter, currently scheduled for December 5, 2019, is VACATED.

DATED this 12th day of November, 2019.

_____
John Johnston
United States Magistrate Judge